FILED

MAR 1 0 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMENTA LOUISE WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## 4:21CR182 RWS/SPM

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about December 19, 2020, within the Eastern District of Missouri,

**AMENTA LOUISE WILLIAMS,**

the defendant herein, knowingly and feloniously assaulted, resisted, opposed, impeded, intimidated, and interfered with United States Park Ranger K. Kopsie, while Ranger Kopsie was engaged in the performance of his official duties, and did thereby inflict bodily injury upon Ranger Kopsie by grabbing his left arm at the elbow and digging her nails into his arm causing his arm to draw blood.

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

The Grand Jury further charges that:

### COUNT II

On or about December 19, 2020, within the Eastern District of Missouri,

**AMENTA LOUISE WILLIAMS,**

the defendant herein, knowingly and feloniously assaulted, resisted, opposed, impeded,

intimidated, and interfered with United States Park Ranger B. Sheehan, while Ranger Sheehan

was engaged in the performance of his official duties, and did thereby inflict bodily injury upon

Ranger Sheehan by kicking him in the head, leg and groin on several occasions.

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).


A TRUE BILL.


_____

FOREPERSON


SAYLER A. FLEMING
United States Attorney


_____

Kyle T. Bateman, Bar No. # 996646 (DC)
Assistant United States Attorney


2